UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CHALEB ELIJAH POMMELLS,

Plaintiff,

v.

CITY OF BROWNWOOD, TEXAS,

Defendant.

No. 6:26-CV-179-H

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for failure to prosecute and failure to comply with Court orders. Dkt. No. 7. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's Findings, Conclusions, and Recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. Pommells's claims against the City of Brownwood are dismissed without prejudice.

So ordered on September 9, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE